UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PHARMA CHEMIE INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOODSCIENCE CORPORATION, VETRI-SCIENCE LABORATORIES OF VERMONT, DOM ORLANDI, JR., and CLAUDIA ORLANDI <br><br> Defendants. | Case No.: 4:09-CV-00513 <br><br><br> PLAINTIFF'S STATEMENT IN ADVANCE OF STATUS CONFERENCE |

Plaintiff Pharma Chemie Inc. ("Pharma Chemie"), for its Statement in Advance of Status Conference, hereby states to the Court as follows:

1. Defendants filed an "Unresisted" Motion for Settlement Conference, which caused the Court to schedule a status conference for November 2, 2010.

2. When Plaintiff agreed to participate in a settlement conference, it did so anticipating that in advance of any settlement conference, it would have the opportunity to review the documents and to conduct an FRCP 30(B)(6) deposition of the third-party manufacturer and, as appropriate, name the manufacturer as an additional party.

3. Plaintiff's prior actions have made it clear that the third-party manufacturer of the allegedly infringing products was of interest to it and, potentially, would be joined in the litigation. These actions include:

1

  a. Noting the importance of the third-party manufacturer in the Motion for Extension of the pleadings and new party deadline filed with the Court on July.

  b. In late July, serving a FRCP 30(B)(6) Notice on Defendants seeking to take the corporate depositions of Mountain Country Foods, Inc. and Smokey's Smokehouse, Inc. in Provo, Utah, each of which were later learned not to be the manufacturer of the allegedly infringing product.

  c. Preparing and serving on October 19, 2010, a FRCP 45 Notice on the third-party manufacturer advising of the documents of interest to Plaintiff regarding production under a Subpoena *Duces Tecum*.

  d. Preparing and serving a Subpoena for Deposition under FRCP 30(B)(6) and a Subpoena *Duces Tecum* on the third-party manufacturer on October 20, 2010.

 4. In prior communications with Defendants' counsel, Plaintiff's counsel has further made clear Plaintiff's interest in and the importance of having the manufacturer as a named party in this litigation, particularly with respect to any injunctive relief afforded.

 5. As explained in the motion for extension that Plaintiff is filing simultaneously with this Statement, Plaintiff has to date been precluded from obtaining the documents and deposition testimony of the manufacturer- a party which is represented by Defendants' counsel Fawley.

6. Plaintiff respectfully submits that the issue of the additional party / amended pleadings deadline is inextricably linked to the scheduling of the proposed settlement conference.

7. Plaintiff further submits that in the event this case does not settle at the Settlement Conference, a <u>Markman</u> Hearing should be scheduled to allow for claims construction.

Respectfully submitted,


By  /s/   Glenn Johnson
    GLENN JOHNSON, AT0003856
    WENDY K. MARSH
    Nyemaster, Goode, West, Hansell & O'Brien, PC
    One GreatAmerica Plaza
    625 First Street S.E., Suite 400
    Cedar Rapids, Iowa 52401
    Office Telephone: 319-286-7000
    Direct Telephone: 319-286-7002
    Facsimile: 319-286-7050
    E-Mail:      gjohnson@nyemaster.com

    COUNSEL FOR PHARMA CHEMIE, INC.,
    PLAINTIFF

Copy to:

Lawrence H. Meier
Robert Bradford Fawley
Downs Rachlin Martin PLLC
199 Main Street
Courthouse Plaza, P.O. Box 190
Burlington, VT 05402-0190
   and
Michael Mallaney
Hudson Mallaney Shindler & Anderson PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
mpmallaney@hudsonlaw.net

**Attorneys for Defendants**

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on November 1, 2010 by:

[ x ] Electronically via ECF for ECF registrants
[   ] U.S. Mail to
[   ] Fax _____
[   ] Fed Ex _____
[   ] Hand Delivered _____
[   ] other _____

/s/   Glenn Johnson