UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PHARMA CHEMIE INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOODSCIENCE CORPORATION, VETRI-SCIENCE LABORATORIES OF VERMONT, DOM ORLANDI, JR., and CLAUDIA ORLANDI <br><br> Defendants. | Case No.: 4:09-CV-00513 <br><br><br> DEFENDANTS' STATUS REPORT |

Defendants FoodScience Corporation, Vetri-Science Corporation, Vetri-Science Laboratories of Vermont, Dom Orlandi, Jr., and Claudia Orlandi, hereby submit this status report regarding their perspective on the status of discovery regarding the manufacturer and need for a settlement conference.

- Third Party Discovery

The Plaintiff and Press Tech, the non-party manufacturer of Defendant's products, have unresolved disputes regarding the deposition of and document production from Press Tech, which dispute may require re-service of the FRCP 45 Notice and the subpoena *duces tecum* and, thereafter, the assistance of the United States District Court for the Eastern District of Pennsylvania.

From the Defendants' perspective, any perceived dispute

concerning discovery from the manufacturer should be resolved informally between counsel for the non-party manufacturer and Plaintiff once the Plaintiff explains to Press Tech how the information it seeks to obtain from the manufacturer is material to the pending litigation. Thus far, from Defendants' perspective and despite request, today December 6, 2010 was the first time that the Plaintiff provided such an explanation. See attached Declaration of R. Bradford Fawley. In Defendant's view, the lack of such an explanation and the related inability to extract a settlement position from Plaintiff has stymied further progress in this case. Nevertheless, today, the parties have agreed to try to resolve these discovery issues over the next two weeks. See attached Declaration of R. Bradford Fawley.

- Settlement

Defendants remain interested in settlement and have requested that Plaintiff provide a proposed Consent Decree and Injunction. See attached Fawley Declaration. Plaintiff's position is that any discussion regarding settlement is premature until the issues regarding the manufacturer, and obtaining discovery therefrom, are resolved. From Defendant's perspective, Defendant has asked for but until today December 6, 2010 never received from Plaintiff any explanation as to what the so-called "issues regarding the manufacturer" are. In particular, Defendant has requested that Plaintiff explain how information from the

manufacturer is relevant to the Plaintiff's claim in this case that Defendants have induced consumers of the product in issue to infringe. <u>See</u> Exhibit B to attached Fawley Declaration.

If after further attempts to resolve discovery disputes concerning the third-party manufacturer, there is not further progress towards a resolution, the Defendants intend to re-submit their request for a settlement conference.

Respectfully submitted,

**FOODSCIENCE CORPORATION, VETRI-SCIENCE LABORATORIES OF VERMONT, DOM ORLANDI, JR., and CLAUDIA ORLANDI, DEFENDANTS**

By _____
MICHAEL MALLANEY
Hudson Mallaney Shindler & Anderson PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
mpmallaney@hudsonlaw.net

And

R. BRADFORD FAWLEY
LAWRENCE H. MEIER
Downs Rachlin Martin PLLC
199 Main Street
Courthouse Plaza, P.O. Box 190
Burlington, VT 05402-0190
LMeier@drm.com

## CERTIFICATE OF SERVICE

I, Lauren A. Silver, hereby state that on the 6th day of December, 2010, a copy of the foregoing was mailed by US Mail, postage prepaid, to the following:

Foodscience Corporation
Downs, Rachlin, Martin, PLLC
28 Vernon Street, PO Box 9
c/o Merrit Schnipper
Brattleboro, VT 05302

The foregoing document was mailed electronically by the Clerk to all those who receive electronic notification.

/s/ Lauren A. Silver
Lauren A. Silver